# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133761

TODD DAWSON, RONALD J. HALE,
WILBUR LOEW, MICHAEL MEDORE,
and MICHELLE ZAINEA,
          Plaintiffs-Appellants,

v

SECRETARY OF STATE and
DEPARTMENT OF TREASURY,
          Defendants-Appellees.

SC: 133761
COA: 264103
Court of Claims: 05-000043-MM

_____/

On order of the Court, the application for leave to appeal the March 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2008

_____
Clerk

d0416